[No. 18314-5-II.    Division Two.    April 19, 1996.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. DICK K. HAGG, *Appellant*.

The unpublished opinion in this cause was withdrawn by order of the Court of Appeals dated October 25, 1996. See 84 Wn. App. 1002.

[No. 18555-5-II.    Division Two.    April 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LESLIE ALMANZO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00314-1, Don L. McCulloch, J., entered July 21, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Morgan, JJ.

[No. 18616-1-II.    Division Two.    April 19, 1996.]

DONALD R. PENICK, D/B/A DOUBLE EAGLE TRUCKING, *Appellant*, v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 92-2-00510-5, H. John Hall, J., entered August 23, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Morgan, JJ. Now published at 82 Wn. App. 30.

[No. 18853-8-II.    Division Two.    April 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE EDWARD COULTER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00541-1, Milton R. Cox, J., entered November 3, 1994. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.